# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**JANE DOE,**

      Plaintiffs,

v.           Case No. 18-cv-1067

**LAWRENCE UNIVERSITY,**

      Defendant.

## PLAINTIFF'S DISCLOSURE STATEMENT

NOW COMES THE PLAINTIFF, Jane Doe, by her attorneys, Gingras, Cates & Wachs LLP by Paul A. Kinne, in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. The full name of every party or amicus the attorney represents in this action.

    Response:     Jane Doe

2. If such party or amicus is a corporation:

    A. Identify any parent corporation and any publicly held corporation owning more than 10% or more of its stock; or

    B. State if there is no such corporation.

    Response:     N/A.

3. State the name of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court.

    Response:     Attorneys:    Paul A. Kinne and John L. Cates
                                Law Firm:    Gingras, Cates & Wachs LLP

Dated this 22nd day of August, 2018.

                                          **GINGRAS CATES & WACHS LLP**
Attorneys for Plaintiff

*s/ Paul A. Kinne*
Paul A. Kinne
State Bar Number: 1021493

1850 Excelsior Drive
Madison, WI 53717
Phone: (608) 833-2632
Fax: (608) 833-2874
kinne@gcwlawyers.com