UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JANE DOE,

       Plaintiff,

vs.

LAWRENCE UNIVERSITY,

       Defendant.

Case No. 18-CV-1067

**STIPULATED ORDER CONCERNING THE PRODUCTION OF
CERTAIN EDUCATION RECORDS OF NON-PARTIES AND
MODIFICATION OF THE SCHEDULING ORDER**

The Parties, having conferred through counsel regarding pending discovery matters, hereby stipulate and agree to the following Order concerning the production of certain education records of non-parties that are protected from non-consensual disclosure by the Family Educational Rights and Privacy Act of 1974 ("FERPA"), 20 U.S.C. § 1232g, as well as the modification of certain case deadlines:

**IT IS THEREFORE ORDERED THAT**:

    1. Defendant is ordered to produce to Plaintiff the relevant and non-privileged documents responsive to Plaintiff's Request for Production of Documents Nos. 1, 5, 6, and 8, which Defendant is currently withholding based on FERPA.

    2. Defendant is ordered to provide the relevant and non-privileged information responsive to Plaintiff's Interrogatory Nos. 1, 6, and 7, which Defendant is currently withholding based on FERPA.

    3. Within seven (7) business days of the Court's entry of this Order, Defendant shall notify the individuals whose education records and/or information from the education records

shall be produced pursuant to this Order, other than Plaintiff. Defendant shall make the notifications in compliance with FERPA, 20 U.S.C. § 1232g(b)(2)(B).

4. Within twenty-one (21) days after providing the FERPA notices specified in Paragraph 3 above, and in the absence of a pending objection filed by any of the students whose education records and/or information from the education records shall be produced, Defendant shall produce the documents and provide the information subject to this Order. However, in the event that a student seeks protective action within this 21-day period to prevent the disclosure of his or her education records and/or information from the education records, Lawrence shall not produce the documents or provide the information at issue in the protective action to Plaintiff unless and until the Court makes a final ruling to deny the motion for protection.

5. Defendant shall produce the documents and provide the information subject to this Order as "Confidential" under the Stipulated Protective Order in this matter (Dkt. 11).

6. Based on the Parties' conferral about the anticipated timing of the disclosure of the education records and/or information from education records at issue in this Order, the following case deadlines are modified as indicated:

    a. Plaintiff's expert witness disclosures due on or before May 31, 2019.

    b. Defendant's expert witness disclosures due on or before August 2, 2019.

    c. Motions for summary judgment due on or before September 20, 2019.

**STIPULATED AND AGREED TO BY THE PARTIES:**

Dated: March 4th, 2019

s/Paul A. Kinne
Paul A. Kinne, SBN 1021493
Gingras, Cates & Wachs, LLP
8150 Excelsior Drive
Madison, WI 53717
Telephone: (608) 833-2632
Fax: (608) 833-2874
E-mail: kinne@gcwlawyers.com

*Attorney for Plaintiff*

Respectfully submitted,

s/Anne M. Carroll
Eric H. Rumbaugh, SBN 1015164
Anne M. Carroll, SBN 1094297
Michael Best & Friedrich LLP
100 East Wisconsin Ave, Suite 3300
Milwaukee, WI 53202-4108
Telephone: (414) 271-6560
Fax: (414) 277-0656
E-mail: ehrumbaugh@michaelbest.com
E-mail: amcarroll@michaelbest.com

*Attorneys for Defendant*

058427-0055\25295300.v1