IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**JANE DOE,**

      Plaintiffs,

      v.                                  Case No. 18-cv-1067

**LAWRENCE UNIVERSITY,**

      Defendant.

## PLAINTIFF'S MOTION TO RESTRICT

NOW COMES Plaintiff JANE DOE, by and through her attorneys, Gingras, Cates & Wachs, LLP, and hereby moves this Court pursuant to the Stipulated Protective Order (Dkt. 11) to restrict the Motion for Reconsideration and Relief from Scheduling Order (Dkt. 21), Brief in Support of Motion (Dkt. 22); and Declaration of Paul A. Kinne (Dkt. 23) to *case participants* and *attorneys of record* only due to private information found in these pleadings.

WHEREFORE, Plaintiff respectfully requests an order from this Court granting Plaintiff's Motion to restrict the filed Motion for Reconsideration and Relief from Scheduling Order (Dkt. 21), Brief in Support of Motion (Dkt. 22); and Declaration of Paul A. Kinne (Dkt. 23) to *case participants* and *attorneys of record* pursuant to the Stipulated Protective Order Dkt. No. 11.

Dated this 4th day of June, 2019.

                                 **GINGRAS CATES & WACHS LLP**
                                 Attorneys for Plaintiff

                                 *s/ Paul A. Kinne*
                                 Paul A. Kinne
                                 State Bar Number: 1021493

1850 Excelsior Drive
Madison, WI 53717
Phone: (608) 833-2632
Fax: (608) 833-2874
kinne@gcwlawyers.com