UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JANE DOE,

    Plaintiff,

    v.                               Case No. 18-CV-1067

LAWRENCE UNIVERSITY,

    Defendant.

## DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE AND *EX PARTE* COMMUNICATIONS

PLEASE TAKE NOTICE that Defendant Lawrence University, by its attorneys, Michael Best & Friedrich LLP, moves the Court pursuant to Fed. R. Civ. P. 37, Local Rule 83(d), SCR 20:4.2 and this Court's inherent power over discovery violations, for an order imposing sanctions and granting relief against Plaintiff, Jane Doe, and her counsel as the result of spoliation of evidence that is material to the case and *ex parte* communications with represented employees of Lawrence. Oral argument, if deemed appropriate, may be scheduled at the Court's discretion.

Defendant's Motion is supported by the accompanying Memorandum in Support of its Motion for Sanctions for Spoliation of Evidence and *Ex Parte* Communications, the Declaration of Eric Rumbaugh, Esq., the Declaration of Kimberly Jones and the exhibits submitted with the foregoing Declarations. The Motion will also be supported by such other and further materials and arguments submitted in reply and at any hearing on this Motion.

Respectfully submitted this 6th day of June, 2019.

        **MICHAEL BEST & FRIEDRICH LLP**

        By: *s/Michelle L. Dama*
            Michelle L. Dama, SBN 1041809
            One S. Pinckney Street, Ste. 700
            Madison, WI  53703
            Telephone:  (608) 257-3501
            Facsimile:  (608) 283-2275
            mldama@michaelbest.com

            Eric H. Rumbaugh, SBN 1015164
            100 East Wisconsin Avenue, Suite 3300
            Milwaukee, WI  53202-4108
            Telephone:  (414) 271-6560
            Facsimile:  (414) 277-0656
            E-mail: ehrumbaugh@michaelbest.com

        Attorneys for Defendant, Lawrence University

2

Case 1:18-cv-01067-WCG   Filed 06/06/19   Page 2 of 2   Document 26